**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK PRAY,** *Plaintiff* | : | No. 24-cv-6445-JMY |
| vs. | : | |
| **REGINALD GRAHAM,** et al., *Defendant.* | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of the uncontested/unopposed Fourth Motion for Extension of Time to Complete Discovery (ECF No. 28) filed by the Plaintiff, it is hereby **ORDERED** and that the Scheduling Orders previously entered by the Court are amended as follows:

1. The Parties shall comply with the following deadlines:

a. All fact discovery shall be completed by **November 11, 2026;**

b. The Parties shall produce their expert report(s) by **November 25, 2026**; rebuttal expert report(s) shall be produced by **December 9, 2026;** all expert discovery, including all depositions of expert witnesses, shall be completed by **December 23, 2026**.

c. All motions for summary judgment and *Daubert* motions shall be filed no later than **January 22, 2027**. Responses to such motions shall be filed no later than **February 22, 2027.**

2. This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. The Parties may contact Judge Moore-Wells to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3. A Final Pretrial Conference will be held on **June 9, 2027, at 10:00 a.m.** Counsel shall appear by remote video and will be notified by Chamber via email with instruction on how to participate remotely. No later than **seven (7) days before the Final Pretrial Conference**, the Parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures. A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4. Counsel are referred to Judge Younge's operating procedures for further information: http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**BY THE COURT:**

/s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**